**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUN 14 A 11: 08

CLERK _____
SO. DIST. OF GA.

CALVIN MCCLAIN

VS.                                                          CV203-149


J.J. LACEY, PUBLIC DEFENDER



## ORDER

The appeal in the above-styled action having been dismissed for want of prosecution by the

United States Court of Appeals for the Eleventh Circuit;

**IT IS HEREBY ORDERED** that the order of the Eleventh Circuit is made the order of this

Court.

**SO ORDERED**, this _____ day of June, 2005.



_____
Magistrate Judge, United States District Court
Southern District of Georgia